UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:21-cv-11917

KARI MACRAE

    Plaintiff,

v.

MATTHEW MATTOS,
MATTHEW A. FERRON, and
HANOVER PUBLIC SCHOOLS,

    Defendants.

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    The Defendants, Hanover Public Schools, Matthew Mattos and Matthew A. Ferron (hereinafter "Defendants"), hereby request that this Honorable Court grant summary judgment in their favor on the single count contained in Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 56. In the Amended Complaint the Plaintiff alleges a single count against all Defendants, a First Amendment retaliation claim pursuant to 42 U.S.C. § 1983 (Count I).

    Pursuant to Fed. R. Civ. P. 56, the Defendants move for summary judgment on all of the Plaintiff's claims asserted against them based on the following grounds: (i) the Plaintiff's retaliation claim fails as a matter of law under the Pickering balancing test where certain social media posts made by the Plaintiff contravene the principles of the Hanover Public School District and her duties as a teacher, thereby creating significant detraction from teaching and learning and (ii) the individual Defendants are otherwise immune from suit based on qualified immunity.

1

For these reasons, the Defendants are entitled to summary judgment. Plaintiff's claims must be dismissed because they fail as a matter of law and are otherwise unsupported by the factual record. Additional grounds are set forth within Defendants' accompanying memorandum of law and statement of undisputed facts, with attached exhibits.

        Respectfully submitted,

        Defendants,
        By their attorneys,

        */s/ Gregor A. Pagnini*
        Leonard H. Kesten, BBO #542042
        Gregor A. Pagnini, BBO #667659
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        699 Boylston Street
        Boston, MA 02116
        (617) 880-7100
        lkesten@bhpklaw.com
        gpagnini@bhpklaw.com

Dated:  February 17, 2023

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I certify that counsel for the Defendants conferred with Plaintiff's Counsel about the filing of the summary judgment motion and attempted in good faith to resolve or narrow the issues presented by the foregoing motion.

        */s/ Gregor A. Pagnini*
        Gregor A. Pagnini, BBO#667659

Dated: February 17, 2023

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

                                             */s/ Gregor A. Pagnini*
                                             Gregor A. Pagnini, BBO# 667659

Dated: February 17, 2023