UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KARI MACRAE**

        Plaintiff(s)

v.                                    CIVIL ACTION NO. **21-11917-DJC**

**MATTHEW MATTOS, ET AL**

        Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** In accordance with the Memorandum and Order dated September 25, 2023, D. 43;

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendants.

Robert M. Farrell, Clerk

Dated: September 25, 2023                  /s/ Lisa M. Hourihan
                                              (By) Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____%.